UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

ANDREW BUZIN and BRIAN SIGMAN,    :
Individually and on behalf          :      CASE NO. 14 CV 9517
Of a Class and SubClass           :

                                 :      NOTICE OF DISMISSAL
     Plaintiffs,              :      <u>WITHOUT PREJUDICE</u>

                                 :

v.                             :

FANDUEL, INC.,               :

     Defendant.              :

---------------------------------------------------------x

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, ANDREW BUZIN and BRIAN SIGMAN pursuant to Rule 41(a)(A)(i), hereby file this Notice of Voluntary Dismissal Without Prejudice of the above-styled action.

DATED:  Fort Lauderdale, Florida.

January 21, 2015.

By: _____

Edward H. Zebersky (Fla. Bar #908370)
ezebersky@zpllp.com
**Zebersky Payne, LLP**
110 Southeast 6th Street, Suite 2150
Fort Lauderdale, FL 33301
(954) 989-6333 (telephone)
(954) 989-7781 (facsimile)

**Fisher, Byrialsen & Kreizer, PLLC**
David P. Kreizer (NY Bar #DK-3534)
Kreizer@FBKLegal.com
291 Broadway, Suite 709
New York, New York  10007
(212) 962-0848

[1431364/1]

*Counsel for the Class Plaintiffs*
**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true copy hereof has been served using the Court's CM/ECF on January 21, 2015, to:

Kenneth M. Dreifach
ken@zwillgen.com
ZWILLGEN PLLC
232 Madison Avenue, Suite 500
New York, New York  10016
(646) 362-5590 (telephone)
(202) 706-5298 (facsimile)

Marc Zwillinger
marc@zwillgen.com
Jacob Sommer
jake@zwillgen.com
Jeff Landis
jeff@zwillgen.com
ZWILLGEN PLLC
1900 M. Street NW, Suite 250
Washington, DC 20036
(202) 706-5205 (telephone)
(202) 706-5298 (facsimile

*Counsel for Defendant*